UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | File No. 1:90-CR-41-01 |
| : | |
| **PAUL GRACEY** : | |

### ORDER

The Magistrate Judge's Report and Recommendation was filed June 14, 2005 (Doc. 85). After <u>de novo</u> review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. <u>See</u> 28 U.S.C. § 636(b)(1). Petitioner's motion to correct his sentence (Doc. 74), construed as a motion filed pursuant to 28 U.S.C. § 2255, is DENIED.

Pursuant to Fed. R. App. P. 22(b), the Court DENIES petitioner a certificate of appealability ("COA") because the petitioner failed to make a substantial showing of a denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2). In addition, because the petition has been dismissed on procedural grounds, the petitioner cannot be issued a COA due to his failure to demonstrate that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000).

It is further certified that any appeal taken <u>in forma pauperis</u> from this Order would not be taken in good faith because such an appeal would be frivolous. <u>See</u> 28 U.S.C. § 1915(a).

1

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 14th day of July, 2005.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge